686 OCTOBER TERM, 1915.

Cases Disposed of Without Consideration by the Court. 241 U. S.

No. 584. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE PROWSKI, AS ADMINISTRATOR, ETC. In error to the Supreme Court of the State of New York. February 21, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. George F. Brownell* for the plaintiff in error. No appearance for the defendant in error.

No. 243. THE CURTICE BROTHERS COMPANY, APPELLANT, *v.* HARRY E. BARNARD ET AL. Appeal from the United States Circuit Court of Appeals for the Seventh Circuit. February 23, 1916. Dismissed without costs to either party, per stipulation of counsel. *Mr. Lawrence Maxwell* for the appellant. *Mr. Bert Winters* for the appellees.

No. 13, Original. THE STATE OF SOUTH DAKOTA, COMPLAINANT, *v.* CHARLES H. CASSILL. February 29, 1916. Dismissed per stipulation of counsel. *Mr. Clarence C. Caldwell, Mr. Edward E. Wagner* and *Mr. Robert J. Gamble* for the complainant. *Mr. Charles H. Cassill, pro se.*

No. 298. NORTHERN EXPRESS COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF WASHINGTON. In error to the Supreme Court of the State of Washington. February 29, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Charles W. Bunn* for the plaintiff in error. *Mr. W. V. Tanner* for the defendant in error.

No. 10. JOE JUDGE AND M. BUNTING, PLAINTIFFS IN ERROR, *v.* FRANK M. POWERS, JUDGE, ETC., ET AL. In er-